IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES WILLIAMS, III,<br><br>    Plaintiff,<br><br>v.<br><br>THE BRACHFELD LAW GROUP, P.C.,<br>sometimes d/b/a MERIDIAN<br>MANAGEMENT SOLUTIONS<br>a California professional corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1483-CAM-LTW |

**MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes Now the Plaintiff JAMES WILLIAMS, III and the Defendant THE BRACHFELD LAW GROUP, P.C., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action, with each party to bear its own costs and attorneys' fees.

–Signature Page to Follow–

- 1 -

Respectfully submitted this 27th day of October, 2010.

                                                /s/ James M. Feagle  
                                                James M. Feagle  
                                                Georgia Bar No. 256916  
                                                Kris Skaar  
                                                Georgia Bar No. 649610  
                                                Justin T. Holcombe  
                                                Georgia Bar No. 552100

Skaar & Feagle, LLP  
108 East Ponce de Leon Avenue  
Suite 204  
Decatur, GA 30030  
(404) 373-1970  
(404) 601-1855 (fax)

Counsel for Plaintiff

                                                /s/ John H. Bedard, Jr.  
                                                John H. Bedard, Jr.  
                                                Georgia Bar No. 043473

Bedard Law Group, P.C.  
2810 Peachtree Industrial Blvd.  
Suite D  
Duluth, Georgia 30097  
Phone: 678-253-1871  
Fax: 678-253-1873  
jbedard@bedardlawgroup.com

Counsel for Defendant